IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JON GUBA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:24-cv-00510 |
| | § | (JURY) |
| LIBERTY MUTUAL PERSONAL | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF SETTLEMENT

Plaintiff, through undersigned counsel, provides this notice to the Court that the Parties have reached a settlement in the above styled and number cause. The parties are in the process of preparing and finalizing settlement documentation. The parties anticipate completing that process within 60 days, at which time they will file an appropriate stipulation to dismiss this matter.

Respectfully submitted,

By: */s/ Jay Scott Simon*

Chad T. Wilson
Bar No. 24079587
Jay Scott Simon
Bar No. 24008040
CHAD T. WILSON LAW FIRM, PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (713) 222-6000
Facsimile: (281) 940-2137

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on January 6, 2025, I electronically transmitted this document to the Clerk of Court using the CM/ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to defendant(s) counsel of record.

LINDOW STEPHENS SCHULTZ, LLP

David R. Stepens
dstephens@lsslaw.com
Rebecca M. Rabago
rrabago@lsslaw.com
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602

ATTORNEY FOR DEFENDANT

/s/ *Jay Scott Simon*